UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Law Office of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
856-251-1235

Attorney for Debtor(s)

Order Filed on July 19, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

William R. Schuyler, Jr. & Jennifer A. Schuyler,

Debtors

Case No.: 16-13374

Chapter: 13

Judge: MBK

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 19, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___March 15, 2016___ :

Property:      51 Second Avenue, Roebling, NJ 08554

Creditor:      M&T Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___S. Daniel Hutchison___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___October 14, 2016___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2