UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
856-251-1235

Attorney for Debtor(s)

In Re:

William R. Schuyler, Jr. & Jennifer A. Schuyler,

Debtors

Order Filed on July 19, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     16-13374

Chapter:     13

Judge:     MBK

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 19, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____March 15, 2016____ :

Property:    51 Second Avenue, Roebling, NJ 08554

Creditor:    M&T Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ____S. Daniel Hutchison____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____October 14, 2016____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:
William R. Schuyler, Jr.
Jennifer A Schuyler
    Debtors

Case No. 16-13374-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 20, 2016
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2016.
db/jdb        +William R. Schuyler, Jr.,    Jennifer A Schuyler,    51 Second Avenue,    Roebling, NJ 08554-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2016 at the address(es) listed below:
        Albert   Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon     on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
        dcarlon@zuckergoldberg.com
        Joshua I. Goldman     on behalf of Loss Mitigation    M&T Bank jgoldman@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        S. Daniel Hutchison     on behalf of Joint Debtor Jennifer A Schuyler sdhteamlaw@outlook.com,
        backupcourt@outlook.com;sdhlawecf@gmail.com
        S. Daniel Hutchison     on behalf of Debtor William R. Schuyler, Jr. sdhteamlaw@outlook.com,
        backupcourt@outlook.com;sdhlawecf@gmail.com
                                                                                                                     TOTAL: 6