Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−13374−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William R. Schuyler Jr.<br>51 Second Avenue<br>Roebling, NJ 08554 | Jennifer A Schuyler<br>aka Jennifer A. Berry Schuyler, fka<br>Jennifer A Berry<br>51 Second Avenue<br>Roebling, NJ 08554 |

Social Security No.:
   xxx−xx−8177                                           xxx−xx−1334

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on September 13, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 36 − 34
Order Granting Application for Extension of Loss Mitigation (Related Doc # 34). Loss Mitigation Period Extended to: 12/15/16. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/13/2016. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 13, 2016
JJW: bwj

                                                                                        James J. Waldron
                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
William R. Schuyler, Jr.  
Jennifer A Schuyler  
       Debtors

Case No. 16-13374-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 13, 2016  
                             Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2016.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm          E-mail/Text: camanagement@mtb.com Sep 13 2016 23:13:19     M&T Bank,    PO Box 1288, Buffalo, NY   14240-1288  
                                                                                                                       TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2016 at the address(es) listed below:  
           Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
           Albert    Russo     docs@russotrustee.com  
           Denise E. Carlon     on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Joshua I. Goldman     on behalf of Loss Mitigation    M&T Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
           S. Daniel Hutchison     on behalf of Joint Debtor Jennifer A Schuyler sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com  
           S. Daniel Hutchison     on behalf of Debtor William R. Schuyler, Jr. sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com  
                                                                                                                    TOTAL: 6