UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Law Office of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
856-251-1235

Attorney for Debtor(s)

In Re:

  William R. Schuyler, Jr. & Jennifer A. Schuyler,

              Debtors

Order Filed on December 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    16-13374

Chapter:    13

Judge:    MBK

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 12, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____July 19, 2016_____ :

Property:    51 Second Avenue, Roebling, NJ 08554

Creditor:    M&T Bank

and a Request for

☒    Extension of the 90 day Loss Mitigation Period having been filed by _____S. Daniel Hutchison_____,
and for good cause shown

❑    Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____January 31, 2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-13374-MBK
William R. Schuyler, Jr.                                                     Chapter 13
Jennifer A Schuyler
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Dec 12, 2016
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2016.
db/jdb          +William R. Schuyler, Jr.,    Jennifer A Schuyler,    51 Second Avenue,    Roebling, NJ 08554-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2016 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Loss Mitigation   M&T Bank jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          S. Daniel Hutchison   on behalf of Joint Debtor Jennifer A Schuyler sdhteamlaw@outlook.com,
          backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawparal@outlook.com;sdhlawpara2@outlook.com
          S. Daniel Hutchison    on behalf of Debtor William R. Schuyler, Jr. sdhteamlaw@outlook.com,
          backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawparal@outlook.com;sdhlawpara2@outlook.com
                                                                                          TOTAL: 6