Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  16−13374−MBK
                              Chapter:  13
                              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William R. Schuyler Jr.<br>51 Second Avenue<br>Roebling, NJ 08554 | Jennifer A Schuyler<br>aka Jennifer A. Berry Schuyler, fka<br>Jennifer A Berry<br>51 Second Avenue<br>Roebling, NJ 08554 |

Social Security No.:
  xxx−xx−8177                                        xxx−xx−1334

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 17, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 45 − 44
Order Granting Application for Extension of Loss Mitigation (Related Doc # 44). Loss Mitigation Period Extended to: 3/15/17. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/17/2017. (kmf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 17, 2017
JAN: kmf

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:
William R. Schuyler, Jr.
Jennifer A Schuyler
    Debtors

Case No. 16-13374-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 17, 2017
                               Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
lm          E-mail/Text: camanagement@mtb.com Jan 17 2017 23:43:19     M&T Bank,    PO Box 1288,             Buffalo, NY    14240-1288
                                                                                          TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                      TOTAL: 0
Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2017 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Loss Mitigation    M&T Bank jgoldman@kmllawgroup.com,
     bkgroup@kmllawgroup.com
          S. Daniel Hutchison    on behalf of Joint Debtor Jennifer A Schuyler sdhteamlaw@outlook.com,
     backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com
          S. Daniel Hutchison    on behalf of Debtor William R. Schuyler, Jr. sdhteamlaw@outlook.com,
     backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com
                                                                                                                                                                                                        TOTAL: 6