```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
_____

Law Office of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
856-251-1235

Attorney for Debtor(s)
```

Order Filed on January 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

William R. Schuyler, Jr. & Jennifer A. Schuyler,

Debtors

Case No.:     16-13374

Chapter:     13

Judge:     MBK

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 17, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____July 19, 2016_____ :

Property:    51 Second Avenue, Roebling, NJ 08554

Creditor:    M&T Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____S. Daniel Hutchison_____,
  and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____,
  and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____March 15, 2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:  
William R. Schuyler, Jr.  
Jennifer A Schuyler  
    Debtors

Case No. 16-13374-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 17, 2017  
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2017.  
db/jdb         +William R. Schuyler, Jr.,   Jennifer A Schuyler,   51 Second Avenue,   Roebling, NJ 08554-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2017 at the address(es) listed below:  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Loss Mitigation    M&T Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         S. Daniel Hutchison    on behalf of Joint Debtor Jennifer A Schuyler sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com  
         S. Daniel Hutchison    on behalf of Debtor William R. Schuyler, Jr. sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com  
                                                                                                                                  TOTAL: 6