**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

The Law Offices of S. Daniel Hutchison
135 North Broad Street
Woodbury, NJ 08096
(856) 251-1235

S. Daniel Hutchison, Esquire
Attorney for Debtor(s)

Order Filed on September 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No: 16-13374 |
| William R. Schuyler Sr.<br>Jennifer A. Schuyler | Hearing Date: |
| | Judge: MBK |
| Debtors. | |

**ORDER REGARDING REQUEST FOR EXEMPTION FROM FILING CERTIFICATION IN SUPPORT OF DISCHARGE ON BEHALF OF DEBTOR, WILLIAM R. SCHUYLER SR.**

The relief set forth on the following pages, numbered two (2) of two (2) is **ORDERED**.

**DATED: September 18, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER** having been presented by the debtor, by and through counsel, S. Daniel Hutchison, Esq. and for good cause shown, it is

**ORDERED** that:

1. William R. Schuyler Sr. is hereby exempt from filing a Certification in Support of Discharge concerning Domestic Support Obligation as required by 11 U.S.C. § 1328(a).