UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
Caption in Compliance with D.N.J. LBR 9004-2(c)

The Law Offices of S. Daniel Hutchison
135 North Broad Street
Woodbury, NJ 08096
(856) 251-1235

S. Daniel Hutchison, Esquire
Attorney for Debtor(s)

**Order Filed on September 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No:    16-13374 |
| William R. Schuyler Sr.<br>Jennifer A. Schuyler | Hearing Date: |
| Debtors. | Judge:    MBK |

**ORDER REGARDING REQUEST FOR EXEMPTION FROM FILING CERTIFICATION IN SUPPORT OF DISCHARGE ON BEHALF OF DEBTOR, WILLIAM R. SCHUYLER SR.**

The relief set forth on the following pages, numbered two (2) of two (2) is **ORDERED**.

**DATED: September 18, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER** having been presented by the debtor, by and through counsel, S. Daniel Hutchison, Esq. and for good cause shown, it is

**ORDERED** that:

1. William R. Schuyler Sr. is hereby exempt from filing a Certification in Support of Discharge concerning Domestic Support Obligation as required by 11 U.S.C. § 1328(a).

United States Bankruptcy Court
District of New Jersey

In re:   
William R. Schuyler, Jr.   
Jennifer A Schuyler   
    Debtors

Case No. 16-13374-MBK   
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 18, 2017  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2017.
db/jdb    +William R. Schuyler, Jr.,    Jennifer A Schuyler,    51 Second Avenue,    Roebling, NJ 08554-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2017 at the address(es) listed below:
       Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
       Albert Russo    docs@russotrustee.com
       Denise E. Carlon    on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Joshua I. Goldman    on behalf of Loss Mitigation M&T Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
       S. Daniel Hutchison    on behalf of Joint Debtor Jennifer A Schuyler sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com;r39026@notify.bestcase.com
       S. Daniel Hutchison    on behalf of Debtor William R. Schuyler, Jr. sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com;r39026@notify.bestcase.com
                             TOTAL: 6