| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**ALBERT RUSSO**<br>**CN 4853**<br>**TRENTON, NEW JERSEY 08650**<br>**(609) 587-6888**<br><br>**STANDING CHAPTER 13 TRUSTEE** |
| In Re:<br><br>    **WILLIAM R. SCHUYLER, JR.**<br><br>    **JENNIFER A. SCHUYLER**<br><br>                   **Debtor(s)** |

Order Filed on February 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   16-13374 MBK

Hearing:    February 6, 2018 @ 10:00 am

Judge Michael B. Kaplan

# ORDER RESOLVING TRUSTEE'S OBJECTION
# TO DEBTOR'S CLAIM OF EXEMPTIONS

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: February 14, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Trustee's objection to debtors' claim of exemptions on Schedule C; and it appearing that an excessive exemption was taken on Schedule C under 11 U.S.C. §522 (d)(11)(C); and the Trustee's objection having been reviewed by Debtors/Debtors' Counsel; and the matter having been settled; and for good cause shown;

**IT IS HEREBY ORDERED** that the Debtors shall file a Modified Plan within 10 days of the date of this order. The modified plan shall propose that the Debtors remit sufficient funds to the Trustee to satisfy the remaining unsecured claims in full at 100% within 30 days.