Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16–13374–MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William R. Schuyler Jr.                        Jennifer A Schuyler
   51 Second Avenue                              aka Jennifer A. Berry Schuyler, fka
   Roebling, NJ 08554                          Jennifer A Berry
                                                   51 Second Avenue
                                                   Roebling, NJ 08554

Social Security No.:
   xxx–xx–8177                                    xxx–xx–1334

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on June 21, 2016.

    On 2/19/2018 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                  March 27, 2018
Time:                10:00 AM
Location:           Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 20, 2018
JAN: vpm

                                                                                                                   Jeanne Naughton
                                                                                                                   Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                             Case No. 16-13374-MBK
William R. Schuyler, Jr.                                           Chapter 13
Jennifer A Schuyler
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                   Page 1 of 3                   Date Rcvd: Feb 20, 2018
                              Form ID: 185                  Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db/jdb         +William R. Schuyler, Jr.,    Jennifer A Schuyler,    51 Second Avenue,    Roebling, NJ 08554-1001
516018325       ATT Mobility,    ATTN  Bankruptcy Dept,    POB 3611,    Bothell, WA 98041-3611
516018323      +American Trading Co.,    c/o Lenox, Socey, Formidoni, Giordano,     3131 Princeton Pike 1-B,
                 Lawrence Township, NJ 08648-2201
516018324      +Aspire,   PO Box 105555,    Atlanta, GA 30348-5555
516018326      +B&G Music,    310 E Main Street,    Suite # 11,    Belleville, IL 62220-1634
516157482       CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
516018327       Capital One,    Bankruptcy Claims,    PO Box 30285,    Salt Lake City, UT 84130-0285
516018328      +Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
516018329      +Capital One,    Bankruptcy Claims,    PO Box 30281,    Salt Lake City, UT 84130-0281
516018330       Capital One NA,    PO Box 71083,    Charlotte, NC 28272-1083
516035366      +Chrysler Capital,    PO BOX 961278,    Fort Worth, TX 76161-0278
516018331      +Chrysler Capital,    Attn: Bankruptcy Department,    PO Box 961278,    Fort Worth, TX 76161-0278
516018333      +Credit One Bank,    PO Box 1059,    Aberdeen, SD 57402-1059
516018335     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     C/O Financial Services,    PO Box 81577,
                 Austin, TX 78708)
516018337      +GENPSYCH PC,    981 US Highway 22, 2nd Floor,    Bridgewater, NJ 08807-2946
516018339       HSBC,    ATTN Bankruptcy Dept,    PO Box 49311,    San Jose, CA 95161-9311
516018340       HSBC Bank,    PO Box 5213,    Carol Stream, IL 60197-5213
516018338       Household Bank MC Platinum,    Attn: Bankruptcy Dept,    POB 81622,    Salinas, CA 93912-1622
516018341       IC System Inc- Bankruptcy Dept,     RE  IC System Acct # 63510213001,     444 Highway 96 East,
                 POB 64378,    Saint Paul, MN 55164-0378
516018343      +Kivitz McKeever Lee, PC,    Attn: Joshua I Goldman, Esq.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
516018345       Kohl's/Capone- Bankruptcy Dept,     POB 3115,    Milwaukee, WI 53201-3115
516018346      +Lenox, Socey, Wilgus, Formidon,,     Giordano, Cooley, Lang & Casey,     PO Box 6448,
                 3131 Princeton PIke 1-B,    Lawrence Township, NJ 08648-2201
516018350      +MetLife Disability,    Offset Recovery Unit,    PO Box 6171,    Utica, NY 13504-6171
516018353       Orchard Bank- Bankruptcy Dept,    PO Box 5253,    Carol Stream, IL 60197-5253
516018354       PSE&G Co- Bankruptcy Dept,    PO Box 14444,    New Brunswick, NJ 08906-4444
516018355       Robert Wood Johnson,    ATTN  Patient Billing/Bankruptcy Dept,     POB  15278,
                 Newark, NJ 07192-5278
516018357      +Santander Consumer USA,    Attn: Ismail Dawood, CFO,    1601 Elm Street, Suite 800,
                 Dallas, TX 75201-7260
516018356      +Santander Consumer USA,    Attn: Jason A. Kulas, President,    1601 Elm Street, Suite 800,
                 Dallas, TX 75201-7260
516036628      +Santander Consumer USA Inc,    POB 961275,    Fort Worth, TX 76161-0275
516018360      +TD Bank - Bankruptcy Dept,    Consumer Loan Operations,     200-2 Carolina Point Parkway,
                 Greenville, SC 29607-5766
516018361      +TD Bank NA- Bankruptcy Dept,    POB 9547,    Portland, ME 04112-9547
516018358      +Target,    PO Box 9475,    Minneapolis, MN 55440-9475
516018359       Target Card Services- Bankruptcy Dept,     Services to TD Bank USA N A,     3901 West 53rd Street,
                 Sioux Falls, SD 57106-4216
516018363      +Trenton Emergency Medical  Services,    244 Perry Street,    Trenton, NJ 08618-3926
516018364      +WebBank- Bankruptcy Dept,    215 South State Street,    Suite 800,
                 Salt Lake City, UT 84111-2339
516018365      +West Bay Aquistions LLC,    Attn  Bankruptcy Dept,    POB 8009,    Cranston, RI 02920-0009
516018366      +Wfcb/hsn,    PO Box 183043,    Columbus, OH 43218-3043
516018367      +Wfnnb/lanebr,    PO Box 182789,    Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2018 23:25:18      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2018 23:25:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: camanagement@mtb.com Feb 20 2018 23:25:08      M&T Bank,    PO Box 1288,
                 Buffalo, NY  14240-1288
516018332      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 20 2018 23:33:35      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
516018334       E-mail/PDF: creditonebknotifications@resurgent.com Feb 20 2018 23:33:34
                 Credit One Bank- Bankruptcy Dept,    POB 98873,    Las Vegas, NV 89193-8873
516018342      +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2018 23:28:08      JC Penny,    PO Box 103104,
                 Roswell, GA 30076-9104
516224116       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 20 2018 23:25:26      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
516018344      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 20 2018 23:24:56      Kohl's,    PO Box 3043,
                 Milwaukee, WI 53201-3043
516018347       E-mail/Text: camanagement@mtb.com Feb 20 2018 23:25:08      M &T Bank,
                 Mortgage Bankruptcy Department,    PO Box 1288,    Buffalo, NY 14240
516259709       E-mail/Text: camanagement@mtb.com Feb 20 2018 23:25:08      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
```

```
District/off: 0312-3           User: admin              Page 2 of 3                   Date Rcvd: Feb 20, 2018
                               Form ID: 185             Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516018348      +E-mail/Text: bkr@cardworks.com Feb 20 2018 23:24:51      Merrick Bank,   PO Box 23356,
                 Pittsburgh, PA 15222-6356
516018349       E-mail/Text: bkr@cardworks.com Feb 20 2018 23:24:51      Merrick Bank- Bankruptcy Dept,
                 POB 9201,   Old Bethpage, NY 11804-9001
516018351      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2018 23:25:16      Midland Funding LLC,
                 8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
516018352      +E-mail/Text: ally@ebn.phinsolutions.com Feb 20 2018 23:24:52      National Auto Finance,
                 200 Renaissance Center,    Detroit, MI 48243-1300
516274548       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2018 23:33:29
                 Portfolio Recovery Associates, LLC,    c/o Capital One,   POB 41067,   Norfolk VA 23541
516274521       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2018 23:33:43
                 Portfolio Recovery Associates, LLC,    c/o Capital One/HSBC,   POB 41067,   Norfolk VA 23541
516274765       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2018 23:46:22
                 Portfolio Recovery Associates, LLC,    c/o Hsbc Bank Nevada, N.a,   POB 41067,
                 Norfolk VA 23541
516274739       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2018 00:02:31
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney,   POB 41067,   Norfolk VA 23541
516118896      +E-mail/Text: bankruptcy@pseg.com Feb 20 2018 23:24:52      PSEG,   POB 490,
                 Cranford, NJ 07016-0490
516024446       E-mail/Text: bnc-quantum@quantum3group.com Feb 20 2018 23:25:13
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
516136953      +E-mail/Text: bankruptcy@sccompanies.com Feb 20 2018 23:25:53      The Swiss Colony,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516018362      +E-mail/Text: collector@florence-nj.gov Feb 20 2018 23:25:11      Township of Florence,
                 Office of Tax Collector,    711 Broad Street,   Florence, NJ 08518-2310
                                                                                               TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516225824*     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
516018336*     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Dell Preferred Account,    PO Box 6403,
                 Carol Stream, IL 60197-6403)
516018321      ##+A-1 Collections,   101 Grovers Mill Road,   Suite 303,   Lawrence Township, NJ 08648-4706
516018322      ##+A1 Collection Services,   101 Grovers Mill Road,   Suite 303,
                 Lawrence Township, NJ 08648-4706
                                                                                        TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Loss Mitigation   M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   M&T Bank rsolarz@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Feb 20, 2018
                              Form ID: 185             Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        S. Daniel Hutchison    on behalf of Joint Debtor Jennifer A Schuyler sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
        S. Daniel Hutchison    on behalf of Debtor William R. Schuyler, Jr. sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
        TOTAL: 7