UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices of S. Daniel Hutchison
135 North Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

S. Daniel Hutchison, Esq.
Attorney for Debtor(s)

Order Filed on February 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

William R. Schuyler Jr.
Jennifer A. Schuyler

Case No.:   16-13374

Chapter:   13

Hearing Date:

Judge:   MBK

## ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

DATED: February 26, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER** having come before the Court on the debtor(s) Motion to Approve Post- Petition Financing, and the Court having considered the debtor(s) motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

**ORDERED** that the debtor(s) be and hereby are allowed to enter into financing for the purchase of the real property located at 214 Harbison Circle, Myrtle Beach SC 29588 pursuant to the terms outlined in the debtor(s) certification in support of the post-petition financing motion; and it is further

**ORDERED** that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

**ORDERED** that debtor(s) shall remit the necessary funds to the Chapter 13 Trustee to satisfy the remaining unsecured claims in full at 100% within 30 days; it is further

**ORDERED** that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

**ORDERED** that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

   ❏ is applicable    X is not applicable