**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William R. Schuyler Jr. | Social Security number or ITIN    xxx–xx–8177 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jennifer A Schuyler | Social Security number or ITIN    xxx–xx–1334 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    16–13374–MBK | | |

## Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William R. Schuyler Jr.                                      Jennifer A Schuyler
                                                             aka Jennifer A. Berry Schuyler, fka Jennifer A Berry

5/29/18                                                      **By the court:** Michael B. Kaplan
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                District of New Jersey

In re:                                                             Case No. 16-13374-MBK
    William R. Schuyler, Jr.                                       Chapter 13
    Jennifer A Schuyler
             Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 3                  Date Rcvd: May 29, 2018
                               Form ID: 3180W               Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
db/jdb         +William R. Schuyler, Jr.,    Jennifer A Schuyler,    51 Second Avenue,    Roebling, NJ 08554-1001
516018325       ATT Mobility,    ATTN  Bankruptcy Dept,    POB 3611,    Bothell, WA 98041-3611
516018323      +American Trading Co.,    c/o Lenox, Socey, Formidoni, Giordano,    3131 Princeton Pike 1-B,
                 Lawrence Township, NJ 08648-2201
516018324      +Aspire,   PO Box 105555,    Atlanta, GA 30348-5555
516018326      +B&G Music,    310 E Main Street,    Suite # 11,    Belleville, IL 62220-1634
516018333      +Credit One Bank,    PO Box 1059,    Aberdeen, SD 57402-1059
516018337      +GENPSYCH PC,    981 US Highway 22, 2nd Floor,    Bridgewater, NJ 08807-2946
516018339       HSBC,    ATTN Bankruptcy Dept,    PO Box 49311,    San Jose, CA 95161-9311
516018341       IC System Inc- Bankruptcy Dept,    RE  IC System Acct # 63510213001,    444 Highway 96 East,
                 POB 64378,    Saint Paul, MN 55164-0378
516018343      +Kivitz McKeever Lee, PC,    Attn:  Joshua I Goldman, Esq.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
516018345       Kohl's/Capone-  Bankruptcy Dept,    POB 3115,    Milwaukee, WI 53201-3115
516018346      +Lenox, Socey, Wilgus, Formidon,,    Giordano, Cooley, Lang & Casey,    PO Box 6448,
                 3131 Princeton PIke 1-B,    Lawrence Township, NJ 08648-2201
516018350      +MetLife Disability,    Offset Recovery Unit,    PO Box 6171,    Utica, NY 13504-6171
516018354       PSE&G Co- Bankruptcy Dept,    PO Box 14444,    New Brunswick, NJ 08906-4444
516018355       Robert Wood Johnson,    ATTN  Patient Billing/Bankruptcy Dept,    POB 15278,
                 Newark, NJ 07192-5278
516018357      +Santander Consumer USA,    Attn:  Ismail Dawood, CFO,    1601 Elm Street, Suite 800,
                 Dallas, TX 75201-7260
516018356      +Santander Consumer USA,    Attn:  Jason A. Kulas, President,    1601 Elm Street, Suite 800,
                 Dallas, TX 75201-7260
516018360      +TD Bank - Bankruptcy Dept,    Consumer Loan Operations,    200-2 Carolina Point Parkway,
                 Greenville, SC 29607-5766
516018361      +TD Bank NA- Bankruptcy Dept,    POB 9547,    Portland, ME 04112-9547
516018363      +Trenton Emergency Medical  Services,    244 Perry Street,    Trenton, NJ 08618-3926
516018364      +WebBank- Bankruptcy Dept,    215 South State Street,    Suite 800,
                 Salt Lake City, UT 84111-2339
516018365      +West Bay Aquistions LLC,    Attn  Bankruptcy Dept,    POB 8009,    Cranston, RI 02920-0009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2018 00:12:58      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2018 00:12:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: camanagement@mtb.com May 30 2018 00:12:41      M&T Bank,    PO Box 1288,
                 Buffalo, NY  14240-1288
516157482       EDI: BL-BECKET.COM May 30 2018 03:53:00       CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
                 PO BOX 3001,    MALVERN, PA 19355-0701
516018328      +EDI: CAPITALONE.COM May 30 2018 03:53:00       Capital One,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
516018329      +EDI: CAPITALONE.COM May 30 2018 03:53:00       Capital One,    Bankruptcy Claims,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
516018327       EDI: CAPITALONE.COM May 30 2018 03:53:00       Capital One,    Bankruptcy Claims,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516018330       EDI: CAPITALONE.COM May 30 2018 03:53:00       Capital One NA,    PO Box 71083,
                 Charlotte, NC 28272-1083
516035366      +EDI: CHRM.COM May 30 2018 03:53:00       Chrysler Capital,    PO BOX 961278,
                 Fort Worth, TX 76161-0278
516018331      +EDI: CHRM.COM May 30 2018 03:53:00       Chrysler Capital,    Attn: Bankruptcy Department,
                 PO Box 961278,    Fort Worth, TX 76161-0278
516018332      +EDI: RCSFNBMARIN.COM May 30 2018 03:53:00       Credit One Bank,    PO Box 98872,
                 Las Vegas, NV 89193-8872
516018334       EDI: RCSFNBMARIN.COM May 30 2018 03:53:00       Credit One Bank- Bankruptcy Dept,    POB 98873,
                 Las Vegas, NV 89193-8873
516018335       EDI: RCSDELL.COM May 30 2018 03:53:00       Dell Financial Services,    C/O Financial Services,
                 PO Box 81577,    Austin, TX 78708
516018336       EDI: RCSDELL.COM May 30 2018 03:53:00       Dell Preferred Account,    PO Box 6403,
                 Carol Stream, IL 60197-6403
516018340       EDI: HFC.COM May 30 2018 03:53:00      HSBC Bank,    PO Box 5213,    Carol Stream, IL 60197-5213
516018338       EDI: HFC.COM May 30 2018 03:53:00      Household Bank MC Platinum,    Attn: Bankruptcy Dept,
                 POB 81622,    Salinas, CA 93912-1622
516018342      +EDI: RMSC.COM May 30 2018 03:53:00      JC Penny,    PO Box 103104,    Roswell, GA 30076-9104
516224116       EDI: JEFFERSONCAP.COM May 30 2018 03:53:00       Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
516018344      +EDI: CBSKOHLS.COM May 30 2018 03:53:00       Kohl's,    PO Box 3043,    Milwaukee, WI 53201-3043
516018347       E-mail/Text: camanagement@mtb.com May 30 2018 00:12:41      M &T Bank,
                 Mortgage Bankruptcy Department,    PO Box 1288,    Buffalo, NY 14240
516259709       E-mail/Text: camanagement@mtb.com May 30 2018 00:12:41      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: May 29, 2018
                              Form ID: 3180W           Total Noticed: 61


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516018348      +EDI: MERRICKBANK.COM May 30 2018 03:53:00      Merrick Bank,   PO Box 23356,
                 Pittsburgh, PA 15222-6356
516018349       EDI: MERRICKBANK.COM May 30 2018 03:53:00      Merrick Bank- Bankruptcy Dept,   POB 9201,
                 Old Bethpage, NY 11804-9001
516018351      +EDI: MID8.COM May 30 2018 03:53:00      Midland Funding LLC,   8875 Aero Drive,   Suite 200,
                 San Diego, CA 92123-2255
516018352      +EDI: GMACFS.COM May 30 2018 03:53:00      National Auto Finance,   200 Renaissance Center,
                 Detroit, MI 48243-1300
516018353       EDI: HFC.COM May 30 2018 03:53:00      Orchard Bank- Bankruptcy Dept,   PO Box 5253,
                 Carol Stream, IL 60197-5253
516274548       EDI: PRA.COM May 30 2018 03:53:00      Portfolio Recovery Associates, LLC,   c/o Capital One,
                 POB 41067,    Norfolk VA 23541
516274521       EDI: PRA.COM May 30 2018 03:53:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One/HSBC,    POB 41067,   Norfolk VA 23541
516274765       EDI: PRA.COM May 30 2018 03:53:00      Portfolio Recovery Associates, LLC,
                 c/o Hsbc Bank Nevada, N.a,    POB 41067,   Norfolk VA 23541
516274739       EDI: PRA.COM May 30 2018 03:53:00      Portfolio Recovery Associates, LLC,   c/o Jc Penney,
                 POB 41067,    Norfolk VA 23541
516118896      +E-mail/Text: bankruptcy@pseg.com May 30 2018 00:12:09       PSEG,   POB 490,
                 Cranford, NJ 07016-0490
516024446       EDI: Q3G.COM May 30 2018 03:53:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
516036628      +EDI: CHRM.COM May 30 2018 03:53:00      Santander Consumer USA Inc,   POB 961275,
                 Fort Worth, TX 76161-0275
516018358      +EDI: WTRRNBANK.COM May 30 2018 03:53:00      Target,   PO Box 9475,   Minneapolis, MN 55440-9475
516018359       EDI: WTRRNBANK.COM May 30 2018 03:53:00      Target Card Services- Bankruptcy Dept,
                 Services to TD Bank USA N A,    3901 West 53rd Street,   Sioux Falls, SD 57106-4216
516136953      +EDI: CBS7AVE May 30 2018 03:53:00      The Swiss Colony,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
516018362      +E-mail/Text: collector@florence-nj.gov May 30 2018 00:12:50       Township of Florence,
                 Office of Tax Collector,    711 Broad Street,   Florence, NJ 08518-2310
516018366      +EDI: WFNNB.COM May 30 2018 03:53:00      Wfcb/hsn,   PO Box 183043,   Columbus, OH 43218-3043
516018367      +EDI: WFNNB.COM May 30 2018 03:53:00      Wfnnb/lanebr,   PO Box 182789,
                 Columbus, OH 43218-2789
                                                                                               TOTAL: 39

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516225824*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
516018321      ##+A-1 Collections,   101 Grovers Mill Road,    Suite 303,   Lawrence Township, NJ 08648-4706
516018322      ##+A1 Collection Services,    101 Grovers Mill Road,   Suite 303,
                 Lawrence Township, NJ 08648-4706
                                                                                               TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3           User: admin              Page 3 of 3            Date Rcvd: May 29, 2018
                               Form ID: 3180W           Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:

              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Loss Mitigation    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
              S. Daniel Hutchison    on behalf of Joint Debtor Jennifer A Schuyler sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
              S. Daniel Hutchison    on behalf of Debtor William R. Schuyler, Jr. sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
                                                                                                 TOTAL: 7