| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | Order Filed on June 14, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| The Law Offices of S. Daniel Hutchison<br>135 N. Broad Street<br>Woodbury, NJ 08096<br>Phone: 856-251-1235<br><br>S. Daniel Hutchison, Esq.<br>Attorney for Debtor(s) | |
| In Re:<br><br>William R. Schuyler Jr.<br>Jennifer A. Schuyler | Case No: 16-13374<br>Chapter: 13<br>Hearing Date: _____<br>Judge: MBK |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ **MORTGAGE**    ☒ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 14, 2018**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 51 Second Avenue, Roebling NJ 08554

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Robert Wood Johnson Univ. Hosp./Trenton ER
b. Current Assignee: American Trading Co.
c. Current Servicer: _____
d. Date of Mortgage/Lien: 10/10/12
e. Date of Recordation: 10/12/12
f. Place of Recordation: Clerk, Superior Court of New Jersey
   i. Mortgage Book: N/A
   ii. Page: N/A
g. Original Principal Balance of Mortgage/Lien: $ 998.29

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*